# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
                Plaintiff, )   Case No.: 2:12-cr-0297-GMN-GWF
   vs.                     )
                           )   **ORDER**
JORGE MONTES-LOYA,         )
                           )
                Defendant. )
                           )

The Court interprets Defendant Jorge Montes-Loya's Letter (ECF No. 42) as a Motion for Refund of Overcharge for the Special Assessment Fee.

On April 17, 2014, this Court filed an Amended Judgment in Defendant's case, *inter alia*, ordering that the Special Assessment be remitted pursuant to 18 U.S.C. § 3573. (Am. J. 5, ECF No. 41). However, the Bureau of Prisons has collected and deposited with the Clerk's Office $25.00 from Defendant's inmate fund on three separate dates: September 11, 2014; June 11, 2015; and September 8, 2015. Defendant correctly requests to be reimbursed for these collected monies. Defendant does not owe the Court any further assessment fees. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall refund the $75.00 to Defendant.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the Bureau of Prisons as notification that Defendant does not owe the Court any assessment fees.

**DATED** this \_\_16\_\_ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court